# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

WILLIAM SPARKS,

    Plaintiff,

v.

ZANESVILLE METROPOLITAN
HOUSING AUTHORITY,

    Defendant.

Case No. 2:18-cv-456

JUDGE ALGENON L. MARBLEY

Magistrate Judge Deavers

## ORDER

This matter comes before the Court on the Magistrate Judge's May 31, 2018, Report and Recommendation which recommended that the Court dismiss the action for lack of subject matter jurisdiction. (ECF No. 2)

The Report and Recommendation specifically advised the parties that the failure to object results in a waiver of the right to have the district judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. (*Id.* at 4). The parties have failed to file any objections, and the deadline for objections (June 14, 2018) has lapsed.

The Court hereby **ADOPTS** the Report and Recommendation based on the independent consideration of the analysis therein. The action is **DISMISSED.**

**IT IS SO ORDERED.**

                                                          s/ Algenon L. Marbley
                                                          ALGENON L. MARBLEY
                                                          UNITED STATES DISTRICT JUDGE

**DATED:** June 26, 2018